NUMBER 13-00-244-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


H & W TRANSPORT, INC.
, Appellant,


v.



THE STATE OF TEXAS
, Appellees.

___________________________________________________________________


On appeal from the 156th District Court 


of Live Oak County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and Rodriguez


Opinion Per Curiam



 Appellant, H & W TRANSPORT, INC., perfected an appeal from a
judgment entered by the 156th District Court of Live Oak County, Texas, in
cause number L-99-0103-CV-B. After the record and briefs had been filed, the
parties filed a joint motion to reverse and remand. In the motion, the parties
state that they have agreed upon disposition of this case whereby all parties
agree that the judgment should be reversed and this case remanded for a trial
on the merits.

 The Court, having examined and fully considered the documents on file
and the parties' joint motion, is of the opinion that the motion should be
granted. The joint motion is granted, and the judgment of the trial court is
hereby REVERSED and the cause is REMANDED to the trial court in
accordance with the parties' agreement. 

 PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of August, 2000.